**UNITED STATES of America**

v.

**Michael T. BROWN, also known as Mark Noble Brown, also known as Michael Ballard Michael T. Brown, Appellant.**

**No. 06–3227.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Oct. 31, 2007.

Filed Feb. 26, 2009.

Robert L. Eberhardt, Rebecca R. Haywood, Office of United States Attorney, Pittsburgh, PA, for United States of America.

Karen S. Gerlach, Office of Federal Public Defender, Pittsburgh, PA, for Appellant.

Before: RENDELL and NYGAARD, Circuit Judges, and McCLURE,* District Judge.

### OPINION OF THE COURT

NYGAARD, Circuit Judge.

Pursuant to L.A.R. 27.4, the Appellant's sentence will be vacated and this matter will be remanded to the District Court for re-sentencing in light of the United States Supreme Court's recent decision in *Chambers v. United States,* — U.S. ——, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009).

The Government, via letter brief filed January 26, 2009, agrees that the Appellant's sentence should be vacated and this matter remanded for re-sentencing consistent with the Supreme Court's *Chambers* decision, *supra.*

---

* Honorable James F. McClure, Jr., District Judge for the United States District Court for the Middle District of Pennsylvania, sitting by designation.